*E-filed on*  9/27/06

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*United States District Court*
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re H. KEITH HENSON,

Debtor.

No. C-03-04730 RMW;
No. C-03-04923 RMW

ORDER TERMINATING CASES

The two above-captioned district court actions both arise from bankruptcy case no. 98-51326 ASW-7.  They are related to each other and also to action C-01-20493.  All issues raised by the above-captioned cases have been resolved or mooted by orders issued in these related cases or case C-03-04978.

Therefore, the clerk shall close the files in each above-referenced action.

DATED:        9/26/06

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER TERMINATING CASES—No. C-03-04730 RMW; No. C-03-04923 RMW
JAH

**United States District Court**

For the Northern District of California

1 | **A copy of this order was mailed on _____ to:**

2 | **Counsel for Creditors:**

John S. Wesolowski
United States Trustee
280 South First Street, # 268
San Jose, Ca 95113

3 | Elaine M. Seid
McPharlin Sprinkles & Thomas LLP

4 | Ten Almaden Boulevard, Suite 1460
San Jose, CA 95113

Edwina E. Dowell
Office of the United States Trustee
Department of Justice

5 |
280 S. First Street
Suite 268
San Jose, CA 95113

6 | Helena K. Kobrin
Moxon & Kobrin
3055 Wilshire Boulevard, Suite 900

7 | Los Angeles, CA 90010

8 | Samuel D. Rosen
Paul Hastings Janofsky & Walker LLP

Nanette Dumas
Office of the U.S. Trustee
280 S 1st St. #268
San Jose, CA 95113-0002

9 | 75 East 55th Street
New York, NY 10022-3206

10 |

Shannon L. Mounger
Office of the United States Trustee
Department of Justice
280 S. First Street
Suite 268
San Jose, CA 95113

11 | David J. Cook, Debra D. Lew, Robert J.
Perkiss
Cook Perkiss & Lew

12 | 333 Pine Street, Suite 300
San Francisco, CA 94104

13 | **Counsel for Debtors:**

14 |

Office of the U.S. Trustee/SJ
U.S. Federal Bld.
280 S 1st St. #268
San Jose, CA 95113-3004

15 | Stanley A. Zlotoff
Law Offices of Stanley A. Zlotoff
300 S. 1st Street #215

16 | San Jose, CA 95113

**Bankruptcy Court:**

17 | Wayne A. Silver
Law Offices of Wayne A. Silver

Arthur S. Weissbrodt
U.S. Bankruptcy Court

18 | 333 W. El Camino Real, Suite 310
Sunnyvale, Ca 94087

280 South First Street
Room 3035

19 | **Counsel for Trustee:**

San Jose, CA 95113

20 |

USBC Manager-San Jose
US Bankruptcy Court

21 | Judith S. Suelzle
Law Offices of Judith S. Suelzle
19925 Stevens Creek Blvd.

280 South First Street
Room 3035

22 | Cupertino, CA 95014

San Jose, CA 95113

23 | Devin Derham-Burk (*pro se*)
P.O. Box 50013

24 | San Jose, CA 95150-0013

25 |

26 | Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

27 |

28 |

ORDER TERMINATING CASES—No. C-03-04730 RMW; No. C-03-04923 RMW
JAH                                        2